Case: 1:25-cv-04195 JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 12/2/2025
Description: Pro Se Gen. Civ. (F-DECK)

UNITED STATES DISTRICT CC
FOR THE DISTRICT OF COLUMBIA

AROR-ARK ARK O'DIAH,                                  )

                          Plaintiff,                          )

      -against-                                        )
                                  )

UNITED STATES OF AMERICA, and RENAISSANCE )
EQUITY HOLDINGS LLC, and OWNER;                      )
DIRECTOR KELLY LOEFFLER, AND SMALL BUSINESS )
ADMINISTRATION; UNITED STATES DEPARTMENT OF)
JUSTICE, AND UNITED STATES ATTORNEY GENERAL )
PAM BONDI; UNITED STATES ATTORNEY FOR          )
DISTRICT OF COLUMBIA JEANINE PIRRO, AND        )
ASSISTANT UNITED STATES ATTORNEY JANE M.       )
LYONS; ANA C. REYES, JUDGE; VALERIE CAPRONI,  )
JUDGE; PAMELA K. CHEN, JUDGE; SIDNEY R.         )
THOMAS, JUDGE; DEBRA ANN LIVINGSTON, CHIEF )
JUDGE; WILLIAM H. ALSUP, JUDGE; JOHN G.         )
ROBERTS, NEW YORK STATE SUPREME COURTS IN  )
KINGS AND QUEENS COUNTIES; ROBERT L. WILKINS,)
JUDGE; NEOMI RAO, JUDGE; JUSTIN R. WALKER,     )
JUDGE; MARK J. LANGER, CLERK; HANNAH N.         )
GORMAN, DEPUTY CLERK; U.S. COURT OF APPEALS )
FOR THE DISTRICT OF COLUMBIA CIRCUIT; FedEx   )
EXPRESS; DANIEL R. COFFMAN, ESQ; CATHERINE A. )
HANARAHAN, ESQ; AND WILSON, ELSER,              )
MOSKOWITZ ELDELMAN DICKER, LLP;                   )
KATHERINE B. YODER, ESQ., ANDREW S. BASSAN,  )
 ESQ., AND KIENAN TREBACH LLP; ROBERT J.       )
COSTELLO, AND NASSAU COUNTY ATTORNEY;        )
ASTOR H. L. HEAVEN, ESQ., AND CROWELL &         )
MORING LLP; HON. BERNARD J. GRAHAM, JUDGE;  )
AMERICAN EXPRESS; RANDOLPH D. MOSS, JUDGE; )
HONEYWELL; BRIAN J. LEVY;                            )
ALLISON KURTEL, SPECIAL MASTER AND             )
SEPTEMBER 11 VICTIM COMPENSATION FUND;       )
SOCIAL SECURITY ADMINISTRATION, AND FRANK   )
J. BISGNANO, COMMISSIONER; RENAISSANCE         )
EQUITY HOLDINGS LLC, AND OWNER, AND            )
FLATBUSH GARDENS, AND ISABELLA JOH;            )
HALEY HAWKINS, NYS AG ASSIST., AND NEW YORK )
STATE DEPARTMENT OF TAXATION AND FINANCE; )
JOHN HOWARD, MD, WTC HEALTH PROGRAM        )

## COMPLAINT IN AFFIDAVIT OF CLAIMS

Case No._____

## AFFIDAVIT FOR $400 BILLION CLAIM AND INJUNCTIVE RELIEFS AGAINST EACH DEFENDANT NAMED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES FOR BREACHES OF FIDUCIARY DUTIES, DEFAMATION, AND LIBELOUS ACTS TO CAUSE INJURIES, WRONGFUL DEATH AND DENIED SUBSTANTIVE DUE PROCESS 18 U.S.C. SECTIONS 241 – 242 AND U.S.C.A. CONST. AMENDMENTS 1, 4, 5, 6, 7, 8, 14, TO U.S. CONSTITUTION VIOLATED...

## TRIAL BY JURY DEMANDED

1

ADMINISTRATOR; COMMISSIONER, AND NEW YORK)
STATE DEPARTMENT OF CHILD SUPPORT        )
JPMORGAN CHASE BANK, N.A.; CAPITAL ONE BANK,)
N.A.; BILLY LONG, DIRECTOR, INTERNAL REVENUE  )
SERVICE; NASSAU COUNTY; NEW YORK CITY;
DIRECTV, LLC; NEW YORK STATE; TAMMY HULL,
USPS INSPECTOR GENERAL, AND DAVID STEINER,
USPS POSTMASTER GENERAL; EXTRA SPACE
STORAGE INC.; HP, INC; RICHARD WALSH, ESQ;
AT&T, Inc /a/k/a/ AT&T WIRELESS;                )
T-MOBILE U.S, INC.; OFFICE SUPERSTORE EAST LLC; )
CELLCO PARTNERSHIP /A/K/A/ VERIZON WIRELESS; )
DISCOVER BANK; CHEMOURS COMPANY;            )
NEW YORK-PRESBYTERIAN HOSPITAL /COLUMBIA,  )
/A/K/A/NEWYORK-PRESBYTERIAN HOSPITAL-NEW  )
YORK WEILL CORNELL CENTER; CARECREDIT /a/k/a/)
CARECREDIT/SYNCHRONY BANK; SYNCHRONY      )
BANK; BRIAN DOUBLES; CITY MD BROOKLYN       )
HEIGHT; NEW YORK STATE COMMISSIONER OF THE )
DEPARTMENT OF CORRECTION AND COMMUNITY   )
SUPERVISION; NYU LANGONE HEALTH PULMONARY)
AND SLEEP MED-BKLYN AND BORIS SAGALOVIC,    )
MD; FLATBUSH GARDENS HOUSING DEVELOPMENT )
FUND CORP; BENJAMIN EPSTEIN; AND EPSTEIN,     )
SCHREIER, & SHAPIRO LLC; PHILLIP ROSEN;        )
HORING WELIKSON ROSEN & DIGRUGILLIIERS, PC;  )
CBE GROUP, INC.,                               )
**Sued in their Individual and in their Officials**      )
**Capacities,**                                )
                    Defendants                )

Case: 1:25−cv−04195 JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 12/2/2025
Description: Pro Se Gen. Civ. (F−DECK)

## COMPLAINT IN AFFIDAVIT
### IN SUPPORT OF $400 BILLION CLAIMS AND INJUNCTIVE RELIEFS
### AGAINST ALL THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED ACTION

NEW YORK STATE          )
                        ) ss:
KINGS COUNTY            )

**I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH**, HEREBY TRUTHFULLY DECLARE AND SAYS:

1. That I am 67 years old. And I am a Naturalized Citizen of the United States of America of NIGERIA National Origin, Male, Self-employed and operating multiple private Businesses after Universities Educations. **These claims stated below are based on newly discovered evidences.**

**RECEIVED** [2]

DEC 0 2 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

2. I am currently residing and operating Home Offices Businesses at 3403 Foster Ave., #4B, Brooklyn, New York 11210-6439.

3. I can be reach by phone at (347) 365-1307, and at: (347) 258-9644, and at (347) 477-5609, and at (347) 519-7001.

4. Also, I can be reach by email at: GLOBALJUDICIALWATCH@GMAIL.COM

## JURISDICTION

5. The United States District Court for the District of Columbia jurisdiction pursuant to **NEWLY DISCOVERED EVIDENCES** , 28 U.S.C. Section 1331 and ADA, 42 U.S.C. Section 12102, and FTCA, 28 U.S.C. Sections 1346(b), because if a person subjected another person to deprivation of rights within the meaning of U.S.C.A. Const. Amendments 1, 4, 5, 6, 7, 8, and 14, to the United States Constitution; more so, if the omissions constituted violations of title 28 U.S.C. Sections 2674, and title 18 U.S.C. Sections 241-242; and 42 U.S.C. Sections 1983, 1985, 1986, 2000(a); **particularly**, if he or she does an affirmative act or participates in another acts or omit to perform an act which he or she is legally required to do that causes the deprivation of which Plaintiff's complaint is made". **These claims below based on newly discovered evidence.**

## CLAIM ONE: $1 BILLION AGAINST EACH DEFENDANT FOR VIOLATION OF SUBSTANTIVE DUE PROCESS AND DUE PROCESS VIA FRAUDULENCE CONCEALMENT OF CONFLICT-OF-INTEREST, BIASES, PREJUDICES, DISCRIMINATION, RETALIATION AND UNEQUAL PROTECTION BY DESIGNS

6. Chief Justice JOHN G. ROBERTS JR in the United States Supreme Court is a named Defendant.

(b) There are THREE JUDGES in the United States Court of Appeals for the District of Columbia Circuit named as Defendants, including the U.S. Court of Appeals for DC Circuit.     **3**

(c) There are TWO COURT CLERKS in the United States Court of Appeals for the District of Columbia Circuit named as Defendants.

(d) There are TWO JUDGES in the United States District Court for the District of Columbia named as Defendant.

(e) There is ONE JUDGE in the United States District Court for Eastern District of New York named as Defendant.

(f) There is ONE JUDGE in the United States District Court for the Southern District of New York named as Defendant.

(g) There is ONE JUDGE in the United States Court of Appeals for the SECOND CIRCUIT in New York named as Defendant.

(h) There are TWO NEW YORK STATE SUPREME COURTS IN KINGS and QUEENS COUNTIES including ONE KINGS COUNTY SURROGATE COURT JUDGE named as Defendants.

(i) There is ONE JUDGE in the United States Court of Appeals for the NINTH CIRCUIT in San Francisco in California named as Defendants.

(j) There is ONE JUDGE in the United States District Court for the Northern District of California in San Francisco in California named as Defendant.

(k) Newly discovered evidences on November 12, 2025, through November 29, 2025, revealed these JUDGES, and JUSTICES, and COURT CLERKS acted in bad faith with corrupt intent motivated by joint racial discrimination and retaliation to pressure Judge TIMOTHY J. KELLY, and Judge ANA C. REYES, and Judge RANDOLPH D. MOSS, and Judge TANYA S. CHUTKAN to closed Plaintiff's earlier CLAIMS AND COMPLAINT, but without substantive due process and without due process to protect JUDGES and JUSTICES named in this above-captioned civil action.    4

**(l) Wherefore**, JUDGES in this Court, and JUDGES in the Other COURTS including COURTS CLERKS have unconstitutionally colluded to use deceits, deceptions, fraud and inhumane lies via fraudulence concealment and coverup, by using ILLEGAL ORDERS, and UNCONSTITUTIONAL MEMORANDUMS, and UNCONSTITUTIONAL SANCTION ORDERS used in bad faith in the forms of CENSORSHIP and SURVEILLANCES to denied and deprived this PLAINTIFF the pursuit of HAPPINESS, access to COURTS NATIONWIDE, LIFE, FREEDOM OF MOVEMENT, ASSOCIATIONS, ASSEMBLY, LIBERTY, PROPERTIES, SUBSTANTIVE DUE PROCESS, DUE PROCESS, CONDUCT PRIVATES BUSINESSES, EXERCISES OF FREE SPEECH, AND FREEDOM OF EXPRESSION.

(m) These JUDGES, JUSTICES and COURT CLERKS with all the Defendants named in this above-captioned civil action continue to operates in disguise under color of state law in the form of vast and widespread JUDICIAL LAWLESSNESS outside their judicial capacities to denied and deprived Plaintiff ACCESS to ALL COURTS in the United States of America. And these omissions have enabled these corrupted racist JUDGES and JUSTICES and COURT CLERKS and these DEFENDANTS to hide many of the **"WHITE-COLLAR CRIMES"** these JUSTICES, JUDGES, and COURT CLERKS have committed against this PLAINTFF Human Being Humanity, but without any **"ENFORCEMENT MECHANISM"** put in place to serves as **"CHECKS and BALANCES"** to make sure that these corrupted racist JUDGES and JUSTICES and COURT CLERKS Never get aways with the series of attempted murder and actual murder without being held responsible and accountable by the United States Constitution, Laws and Statutory Provisions.

## CLAIMS TWO: <u>$1 BILLION AGAINST EACH DEFENDANT FOR COLLUDING WITH JUDGES TO USE ILLEGAL ORDER, UNCONSTITUTIONAL ORDER, INHUMNAE LIES, UNCONSTITUTIONAL SANCTIONS ORDER AND UNLAWFUL ORDER CORRUPTLY, DISCRIMINATIVELY AND RETALIATORILY TO CAUSE PLAINTIFF IRREPARABLE PHYSICAL BODILY INJURIES AND PRIVATE BUSINESSES DAMAGES AND LOSES</u>

7.  The ORDER and MEMORANDUM issued by Judge TIMOTHY J. KELLY were ILLEGAL ORDER and UNCONSTITUTIONAL MEMORANDUM in the ongoing systematic violations of SUBSTANTIVE DUE PROCESS and DUE PROCESS via FRAUD and via DELIBERATE MISREPRESENTATION because the ORDER and the MEMORANDUM **'lied'** because Plaintiff filed previous civil action against about 100 Defendant, but ONLY 13 DEFENDANTS appeared with MOTION TO DISMISS. And ONLY TWO APPEARED with ANSWERS. But the remaining DEFENDANTS FAILED to appear with any form of pleading. And the time to appear, answer, or raise any objection by FEDERAL GOVERNMENT AND OFFICIAL has not expired; yet, Judge TIMOTHY J. KELLY decided to use ILLEGAL ORDER, and UNCONSTITUTIONAL MEMORANDUM to CLOSED THE CASE to protect and hide and coverup vast and widespread JUDICIAL LAWLESSNESS carried out by JUDGES, JUSTICES and COURT CLERKS who serves Judge TIMOTHY J. KELLY personal FINANCIAL and JUDICIAL INTEREST in bad faith by corrupted racist designs used to perpetuate racism practices.

6

## CLAIMS THREE: $1 BIILION AGAINST EACH DEFENDANT FOR INFLUENCING JUDGES TO USE PREJUDGMENT CORRUPTLY VIA RACIST PRACTICES DESIGNED TO OBSTRUCT JUSTICE IN VIOLATION OF EQUAL PROTECTION / DUE PROCESS

8.  The SUMMONS issued by the CLERK'S OFFICE in the United States District Court for the District of Columbia on October 14, 2025, in previous civil actions gave ALL NON-FEDERAL Defendants 21-days to give answer or appear or file alternative motion, ONLY 13 DEFENDANTS appeared with MOTION TO DISMISS with TWO DEFENDANTS who appeared with TIMELY ANSWER. But the remaining DEFENDANTS FAILED to appear, FAILED to file any PLEADING.

## CLAIMS FOUR: $1 BILLION AGAINST EACH DEFENDANT FOR WRONGUL DEATH, VINDICTIVENESS, REVENGEFUL, CRUEL, RACIAL DISCRIMINATIVE, AND FOR USING RETRIBUTION, PREJUDICES, RETALIATION, VICIOUSNESS, CALLOUSNESS, JUDICIAL LAWLESSNESS TO DENIED AND DEPRIVED PLAINTIFF ACCESS TO COURTS UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN

9.  I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, believes and hereby asserts That the ILLEGAL ORDER, and UNCONSTITUTIONAL MEMORANDUM were fraudulently designed BY CORRUPT AND RACIST schemes and written and issued and entered by Judge TIMOTHY J. KELLY to OBSTRUCT JUSTICE to denied and deprived Plaintiff All Constitutional Right Protected, preserved and reserved by U.S.C.A. Const. AMEMDMENT 1, 4, 5, 6, 7, 8, AND 14 TO THE UNITED STATES CONSTITUTION to coverup to hide many **"WHITE-COLLAR CRIMES" committed by many JUDGES, many JUSTICES and many COURTS CLERKS named in this above-captioned civil action; WHEREFORE, the ONLY REMEDY AVAILABLE includes SUBMISSION OF THESE CLAIMS to address the ongoing fraud, and deliberate misrepresentation designed to denied and deprived Plaintiff ACCESS to Court Nationwide to seek judicial redress. See, 18 U.S.C. Section 241-242.**                                                                 **7**

10. I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, hereby move THIS COURT to

To put in place **"ENFORCEMENT MECHANISM"** that could be used to hold JUDGE'S ILLEGAL

ORDER and UNCONSTITUTIONAL MEMORANDUM issued by Judge TIMOTHY J. KELLY, on

November 12, 2025, and thereafter, due to Conflict-of-Interest responsible and accountable.


11. And these CLAIMS with this supporting COMPLAINT in affidavit is based upon newly

discovered evidences that amounted to **CONFLICT-OF-INTEREST**, that has resulted to denial and

deprivation of **SUBSTANTIVE DUE PROCESS and DUE PROCESS** derived from biases, and racism

practices, used to perpetuates prejudgment, prejudices, and double standard corruptly

designed to perpetuate judicial lawlessness, via fraudulence concealment.


12. The ILLEGAL ORDER and UNCONSTITUTIONAL MEMORANDUM issued by Judge

TIMOTHY J. KELLY were issued to perpetuate many forms of revenges, and vindictiveness, to

subjected Plaintiff to mental cruelties by callous designed discriminatively and retaliatorily to

punish Plaintiff for exercising **FREE SPEECH and FREEDOM OF EXPRESSION** to file Complaint

against JUDGES and JUSTICES and COURT CLERKS who have jointly participated to used

**HARDCORE CRIMINALS and RACIST LANDLORD to attempt to MURDER Plaintiff. And these**

**accumulated OMISSION contributed to the <u>WRONGUL DEATH</u> of the Plaintiff's SPOUSE on**

**February 25, 2020; WHEREBY, unconstitutional SANCTION ORDERS were used as CENSORSHIP**

**and as SURVEILLANCES to COVERUP JUDICIAL LAWLESSNESS by denying and depriving Plaintiff**

**ACCESS to COURTS NATIONWIDE.**

**8**

13. Judge TIMOTHY J. KELLY implicitly participated by being complicit to use ILLEGAL ORDER

and UNCONSTITUTIONAL MEMORANDUM and INHUMANE LIES to coverup to hide many

**"WHITE-COLLAR CRIMES"** committed by the JUDGES and JUSTICE and COURT CLERKS named in

this above-captioned civil action.

14. The ILLEGAL ORDERS and the UNCONSTITUTIONAL MEMORANDUM were used to

BLACKBALLED, BLACKLISTED AND BLACKMAILED Plaintiff via DEFAMATION in disguise.

## CLAIM FIVE: <u>$1 BILLION AGAINST EACH DEFENDANT FOR USING DELIBERATE MISREPRESENTATION BY FRAUDULENCE CONCEALMENT WHILE SHOWING RECKLESS DISREGARD FOR THE TRUTH BY CORRUPT USE OF ORDER TO COVERUP THE UNCONSTITUTIONAL USE OF UNCONSTITUTIONAL SANCTION ORDER TO PERPETUATE DEFAMATION AND LIBELOUS ACTS. See 18 U.S.C. Sections 241 - 242</u>

15. "Judge TIMOTHY J. KELLY knew or should have known that the ORDER and MEMORANDUM issued on November 12, 2025, was issued to **OBSTRUCT JUSTICE** to coverup and to hide joint racially motivated cruelties when late Judge SANDRA J. FEUERSTEIN in the United States District Court for the Eastern District of New York, and late Judge ROBERT A. KATZMAN in the United States Court of Appeals for the SECOND CIRCUIT use their JUDICIAL POSITION corruptly, discriminatively and retaliatorily to **DEFAMED Plaintiff** via deliberate misrepresentation to NASSAU COUNTY POLICE DEPARTMENT, and to NEW YORK CITY POLICE DEPARTMENT and to NEW YORK STATE COURTS SYSTEMS and to UNITED STATES GOVERNMENT and to NATIONWIDE COURTS SYSTEMS that Plaintiff is a **"TERRORIST"** and lured both PRIVATES and PUBLIC SECTORS to formed the believes that Plaintiff is a **"SHITHOLE"** after **President DONALD J. TRUMP** unjustly LABELLED NIGERIA and NIGERIAN and AFRICANS 54 Nations **"SHITHOLE"** but without any evidence, and encouraged NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, and the UNITED STATES OF AMERICA LAW ENFORCEMENT to place Plaintiff under **CENSORSHIP,** and subjected Plaintiff to **ILLEGAL SURVEILLANCE** on the false assertion that PLAINTIFF OWE NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, and THE UNITED STATES OF AMERICA **"CHILD SUPPORT",** and placed **unconstitutional "LIEN"** on Plaintiff BANK ACCOUNT with BANK OF AMERICA, N.A. that subjected Plaintiff to **31 FALSE ARRESTS, and 31 USE OF EXCESSIVE POLICE FORCE and 31 POLICE BRUTALITIES that subjected PLAINTIFF to PERIODIC RECURRING PARALYSIS and DISABILITIES due to the irreparable INJURIES and false imprisonment Plaintiff suffered and continue to endure".**

16. Judge TIMOTHY J. KELLY joined the JUDGES and JUSTICES named in this above-captioned civil action to use UNCONSTITUTIONAL ORDER and UNCONSTITUTIONAL MEMORANDUM to coverup to hide the truth as SIMILAR ORDERS and SIMILAR MEMORANDUMS has been used by many corrupt racist JUDGES and JUSTICES to misrepresents Plaintiff, and used to blackballed, blacklisted and blackmailed PLAINTIFF in retaliation because Plaintiff wrote and filed "**JUDICIAL MISCONDUCT COMPLAINTS" against JUDGES and JUSTICES who uses HARDCORE CRIMINAL and RACIST LANDLORD as "HIRE-FOR-MURDER" resulted to series of attempt to MURDER Plaintiff while these JUDGES and JUSTICES uses UNCONSTITUTIONAL SANCTION ORDER and ILLEGAL ORDERS and UNLAWFUL ORDER to coverup to hide the truth.**

17. Judge TIMOTHY J. KELLY ORDER and MEMORANDUM were among the ILLEGAL ORDERS and UNCONSTITUTIONAL MEMORANDUM used by corrupted racist JUDGES and JUSTICES to kidnapped Plaintiff to PRISONS, **but without SUBSTANTIVE DUE PROCESS and without DUE PROCESS**; whereby, the ORDERS and MEMORANDUM were used in bad faith viciously, callously, to perpetuate retaliation and egregious discrimination.

**CLAIM SIX: $1 BLLION AGAINST EACH DEFENDANT FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS BY THE USE OF ILLEGAL ORDER AND BY USE OF UNCONSTITUTIONAL MEMORANDUM TO DENIED AND DEPRIVED PLAINTIFF RIGHT TO DEFAULT JUDGMENT AGAINST EACH OF THE DEFENDANT WHO FAILED TO APPEAR, ANSWER OR HONOR SUMMONS IN ALL PREVIOUS CIVIL ACTIONS**

18. Judge TIMOTHY J. KELLY believes that JUDGES, and JUSTICES are ABOVE THE LAW; even when the JUDGES and JUSTICES action taken is OUTSIDE THEIR JUDICIAL CAPACITIES; more so, when JUDGES and JUSTICES used **HARDCORE CRIMINAL and RACIST LANDLORD to attempt many times to MURDER Plaintiff and Plaintiff's SPOUSE. And these inhumane acts were used to MURDERED Plaintiff's SPOUSE on February 25, 2020, when Plaintiff with SPOUSE were denied CANCER SCREENING and denied HEATER and HOT WATER inside their APARTMENT that also contributed to WRONGFUL IMPRISONMENT, AND WRONG DEATH on February 25, 2020. WHEREFORE, Plaintiff believes and hereby asserts that Judge TIMOTHY J. KELLY did not want JURY to hear this Plaintiff's testimonies; HENCE, Judge TIMOTHY J. KELLY closed the Plaintiff prior civil action, but without SUBSTANTIVE DUE PROCESS and without DUE PROCESS.**

11

## CLAIM SEVEN: $1 BILLION AGAINST EACH DEFENDANT FOR BEING COMPLICIT TO USE UNCONSTITUTIONAL ORDERS UNDER COERCION, DURESS TO DEFAME AND PERPETUATE HATEFULNESS, INTIMIDATIONS, AND THREATS TO CUASE PLAINTIFF'S SPOUSE WRONGFUL DEATHS ON FEBRAURY 25, 2020

19. I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, hereby move this COURT to PUT IN PLACE **"ENFORCEMENT MECHANISM"** that could be use to challenge ILLEGAL ORDER AND UNCONSTITUTIONAL MEMORANDUM issued by Judge TIMOTHY J. KELLY, on November 12, 2025. This AFFIDAVIT OF CLAIM AND COMPLAINT is based upon newly discovered evidences of CONFLICT-OF-INTEREST, BIASES, RACISM PRACTICES and PREJUDGMENT derived from PREJUDICES, CORRUPTION, JUDICIAL LAWLESSNESS, FRAUDULENCE CONCEALMENT, REVENGES, VINDICTIVENESS, used to perpetuate joint racially motivated cruelties, that were further used by Defendants to carried out **31 FALSE ARREST, and 31 EXCESSIVE USE OF POLICE FORCE TO CAUSE PLAINTIFF IRREPARABLE PHYSICAL BODILY INJURIES and WRONGFUL DEATH** of Spouse that includes DEFAMATION, AND LIBELOUS ACTS; via BLACKBALLING, BLACKLISTING, BLACKMAILING **TO PROCURED WRONGFUL IMPRISONMENT,** VIA CALLOUS USES OF FALSE WITNESS TO PERPETUATE VICIOUSNESS, RETALIATION, EGREGIOUS DISCRIMINATION, THREATS, MALICIOUS AND INHUMANE PERSECUTION DERIVED FROM FRAUD, INTIMIDATION, HARASSMENT IN DISGUISE UNDER COLOR OF STATE LAW, BY DESIGNED TO OBSTRUCT JUSTICE VIA DEPRIVATION AND DENIAL OF CONSTITUTIONAL RIGHTS TO EQUAL PROTECTION BASED UPON NATIONAL ORIGIN IDENTITY.  These Defendants has jointly subjected Plaintiff to inhumane, cruel and vicious punishment for exercising Constitutional rights to FREE SPEECH and FREEDOM OF EXPRESSION to write and filed **"JUDICIAL MISCONDUCT COMPLAINT" after Plaintiff has been unjustly falsely accused of being a "TERRORIST", and called "SHITHOLES" and falsely accused of "OWING CHILD SUPPORT" by NASSAU COUNTY, and by NEW YORK CITY, and by NEW YORK STATE, and by THE UNITED STATES OF AMERICA. And subjected Plaintiff to SEVEN YEARS CRUEL AND UNUSUAL PUNISHMENT in ISOLATED CONFINEMENT, But WITHOUT SUBSTANTIVE DUE PROCESS and WITHOUT DUE PROCESS TO CAUSE WRONGFUL DEATH, and violated USCA Const. Amendments 1, 4, 5, 6, 8 and 14 to the United States Constitution in bad faith.**

**CLAIM EIGHT: $1 BILLION AGAINST EACH DEFENDANT FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS TO CAUSE PLAINTIFF PERSONAL INJURIES, AND ACTUALLY CAUSED PLAINTIFF'S SPOUSE WRONGFUL DEATH, VIA DEFAMATION THAT INCLUDED LIBELOUS ACT,**

20. EFFECTIVE FROM OCTOBER 25, 2000, AND CONTINUE TO THIS PRESENT NOVEMBER 30, 2025, NEWLY DISCOVERED EVIDENCE ON NOVEMBER 12, 2025, THROUGH NOVEMBER 30, 2025, AND THEREAFTER, SHOWS THAT THESE DEFENDANTS JOINTLY USED UNCONSTITUTIONAL SANCTION ORDER TO PERPETUATE DELIBERATE MISREPRESENTATION TO BLACKBALLED, BLACKLISTED AND BLACKMAILED PLAINTIFF TO DENIED AND DEPRIVED PLAINTIFF SUBSTANTIVE DUE PROCESS, DUE PROCESS, EQUAL PROTECTION, PROPERTIES, LIBERTY, FREEDOM OF SPEECH, FREEDOM OF MOVEMENT, FREEDOM OF EXPRESSION, ACCESS TO MEDICAL RECORDS, AND ACCESS TO COURTS NATIONWIDE.

21. THESE DEFENDANTS JOINTLY AND SEPARATELY REPEATEDLY SUBJECTED PLAINTIFF TO INHUMANE EGREGIOUS CRUELTIES VIA INTIMIDATIONS, THREATS, RETALIATION, VINDICTIVENESS, REVENGEFULNESS, RETRIBUTION, FRAUD AND HARASSMENT IN DISGUISE UNDER COLOR OF STATE LAW <u>BY DENYING AND DEPRIVING PLAINTIFF HEATER AND HOT WATER INSIDE PLAINTIFF'S APARTMENT,</u> AFTER PLAINTIFF FILED **"JUDICIAL MISCONDUCT COMPLAINT"** AGAINST JUDGES AND JUSTICES WHO ATTEMPTED MULTIPLE TIMES TO MURDER PLAINTIFF.

22. ON ABOUT NOVEMBER 12, 2025, THROUGH NOVEMBER 26, 2025, IN BAD FAITH THESE DEFENDANTS VICIOUSLY AND CALLOUSLY USED ILLEGAL CENSORSHIP VIA USE OF UNCONSTITUIONAL SANCTION ORDER AND ILLEGAL ORDERS AND UNCONSTITUTIONAL MEMORANDUMS TO PLACE PLAINTIFF ON UNCONSTITUTIONAL SURVEILLANCES TO ENCOURAGED PLAINTIFF'S LANDLORD BY USING HARDCORE CRIMINALS TO DENIED AND DEPRIVED PLAINTIFF HEATER AND HOT WATER BY DISCRIMINATORY AND RETALIATORY ACTS DESIGNED TO HARASSED PLAINTIFF TO ATTEMPTED TO COERCED PLAINTIFF INTO SILENCE AFTER JUDGE TIMOTHY J. KELLY ASSURED PLAINTIFF'S LANDLORD OF PROTECTION.

23. EFFECTIVE FROM NOVEMBER 12, 2025, THESE DEFENDANTS RENEWED THEIR VICIOUSNESS, VINDICTIVENESS, RETRIBUTION AND REVENGES TO DENIED AND DEPRIVED PLAINTIFF FROM HAVING HEATER AND HOT WATER IN THE APARTMENT RESIDED BY PLAINTIFF, BUT THIS WAS AFTER JUDGE TIMOTHY J. KELLY ISSUED UNCONSTITUTIONAL AND ILLEGAL ORDER AND UNLAWFUL MEMORANDUM ON NOVEMEBER 12, 2025, TO ASSURED THESE DEFENDANTS GUARANTEED PROTECTION TO PREVENT PLAINTIFF FROM EXERCISING ANY CONSTITUTIONAL RIGHTS THROUGH JUDICIAL REDRESS.

**14**

24. AND THESE JUDICIAL LAWLESSNESS AND OMISSIONS HAVE ENABLED

THESE DEFENDANTS TO COVERUP TO HIDE THE TRUTH BY USING HARDCORE

CRIMINALS , RACIST LANDLORD, INHUMANE LIES AND UNCONSTITUTIONAL

ORDERS AND ILLEGAL MEMORANDUMS TO SILENCE AND SUPPRESSED AND

ATTACKED AND ASSAULTED THE TRUTH THAT CONTINUE TO CAUSE PLAINTIFF

IRREPARABLE PHYSICAL BODILY INJURIES AND PRIVATE BUSINESSES DAMAGES

THAT HAVE ALSO RESULTED TO ECONOMIC AND FINANCIAL HARDSHIP WHILE

THESE DEFENDANTS  CONTINUE TO RELIED UPON THE UNLAWFUL ORDER AND

UNCONSTITUTIONAL MEMORANDUM TO CONCEALED, COVERUP AND HIDE MANY

**"WHITE-COLLAR CRIMES"** COMMITTED BY JUDGES AND JUSTICES AND COURTS

CLERKS.

25. THESE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED CIVIL
ACTION HAS RENEWED THEIR COLLUSION TO RETALIATES AND DISCRIMINATES
AGAINST THIS PLAINTIFF FOR FILING **"JUDICIAL MISCONDUCT COMPLAINT"** AND
BASED UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN, BUT
WITHOUT SUBSTANTIVE DUE PROCESS, AND WITHOUT DUE PROCESS, AND
WITHOUT ANY JUSTIFICATION THAT SOLELY BASED ON REVENGES.        **15**

**CLAIM NINE: $1 BILLION PLAINTIFF HEREBY SOUGHT AGAINST EACH DEFENDANT NAMED IN THIS ABOVE-CAPTIONED CIVIL ACTION FOR UNCONSTITUTIONAL RETALIATORY, REVENGEFUL COLLUSION AND BREACHES OF FIDUCIRY DUTIES, AND DENIAL AND DEPRIVATION OF RIGHT TO PRIVATE PROPERTIES, DENIED PLAINTIFF LIBERTY, FREE SPEECH, FREEDOM OF EXPRESSION AND FREEDOM OF MOVEMENT AND ASSOCIATION, AND SUBJECTED PLAINTIFF TO UNEQUAL PROTECTION VIA UNLAWFUL SEIZURE OF PLAINTIFF PROPERTIES AND DENIED LIBERTY VIA FALSE IMPRISONMENT BUT WITHOUT SUBSTANTIVE DUE PROCESS, AND WITHOUT DUE PROCESS TO CAUSE PLAINTIFF PERSONAL INJURIES, AND CAUSED PLAINFIFF'S SPOUSE WRONGFUL DEATH DERIVED FROM INHUMANE DEFAMATION, VIA LIBELOUS AND DELIBERATE MISREPRESENTATION IN SYSTEMATIC VIOLATION OF USCA CONST. AMENDMENTS 1, 4, 5, 6, 7, 8, AND 14, TO THE UNITED STATES CONSTITUTION, AND 18 U.S.C. SECTION 241-242:**

26. On about November 12, 2025, through November 30, 2025, newly discovered evidences Shows that **ALL** Defendants named in this above-captioned civil action jointly colluded to pressure Judge TIMOTHY J. KELLY to denied and deprived Plaintiff Substantive due process and due process that resulted to prejudgment of prior civil action while **ALL the Defendant** remain COMPLICIT, yet, **All** these Defendant continue to obstruct justice for fear of trial by Jury.

27. Defendants NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, and UNITED STATES OF AMERICA falsely accused Plaintiff effective from October 25, 2000, and continue to November 30, 2025, and thereafter, **that Plaintiff owe "CHIDL SUPPORT", and that Plaintiff is a "TERRORIST", and that Plaintiff is a "SHITHOLE", and seized Plaintiff's $400,000.00 CASH, and seized Plaintiff FIVE BUSINESSES MOTOR VEHICLE worth $500,000.00, and kidnapped Plaintiff into NEW YORK STATE DEPARTMENT OF CORRECTIONAL and COMMUNITY SUPERVISIONS and placed a LIEN on Plaintiff BANK ACCOUNT, and seized Plaintiff for SEVEN YEARS IN ISOLATED CONFINEMENT, AND during these unconstitutional Confinement Plaintiff suffered multiple ACCUMULATED MILD STROKES and also LOST all his Businesses and suffered and loss $20 Billion projected Businesses revenue.**

28. All the Federal Officials named in their individual and official capacities, including New York State Departments and Courts Officers including September 11 Victim Compensation Fund Special Master ALLISON KURTEL and BERNARD GRAHAM colluded to denied Plaintiff and late Plaintiff's Spouse substantive due process and due process by relying upon the unconstitutional SANCTION ORDER placed in **ALL COURTS** and inside many PRIVATE BUSINESSES by late Judge SANDRA J. FEUERSTEIN and late Judge ROBERT A. KATZMAN to subjected Plaintiff to inhumane discrimination and retaliation, but both of these Judges died in the year 2021.          **16**

29. New York State owe Plaintiff $20,000,000.00 but failed to pay Plaintiff upon demand.

30. Nassau County owe Plaintiff over $20,000,000.00 but failed to pay upon demand.

31. The United States of America owe Plaintiff over $20 Billion but failed to pay Plaintiff.

32. FedEx EXPRESS owe Plaintiff $100,000.000.00 for parcel losses/failed to pay on demand.

33. Renaissance Equity Holdings LLC owe Plaintiff $1, 400,000.00 for injury but failed to pay.

34. 9/11 Victim Compensation Fund and ALLISON KURTAL owe Plaintiff $7, 000.000.00.

35. Social Security Administration owe Plaintiff $551,180.00 SSI after successful appeals SSI.

36. New York City owe Plaintiff over $25, 000,000.00 for injury but fail to pay upon demand.

37. Internal Revenue Service owe Plaintiff over $25, 000,000.00 including $597 tax refund.

38. United States Postal Service owe Plaintiff $50,000,000.00 for damaged and lost parcels.

39. DirecTV LLC, owe Plaintiff $500,000,000.00 for breach of fiduciary duties via complicit.

40. Extra Space Storage owe Plaintiff $100,000,000.00 for breach of fiduciary duties and deprivation access to storage, and denied Plaintiff ability to conduct his private business.

41. HP, Inc., owe Plaintiff $20 Billion for breach of fiduciary duty for failure to supply Plaintiff Printer Ink after the United States Small Business Administration Blacklisted Plaintiff.

42. Richard Walsh, Esq., and Phillip Rose, and Horing Welikson Rosen & Digrugilliers, PC owe Plaintiff $200,000,000.00 for falsification of Plaintiff name and Late Plaintiff's Spouse name to secured COVID-19 Benefit. Yet these Defendants continue to defame Plaintiff.

43. AT&T, Inc /A/K/A/ AT& T Wireless owe Plaintiff $20 Billion for breach of fiduciary, discrimination, retaliation and denied Plaintiff and Plaintiff's Privates Businesses transfer PIN causing Plaintiff to lose over a 45, 000,000 Worldwide Client and Customer that took Plaintiff more than 45 years to build. Plaintiff filed internal discrimination and prevailed.

44. T-Mobile U.S. Inc., owe Plaintiff $20,000,000.00 for breaches of fiduciary duties and for violation of Plaintiff's PRIVACY rights based on fraud in disguise under color of state law.

45. Office Superstore East LLC /A/K/A/ Staples Inc, owe Plaintiff $400,000,000.00 for personal injury and for defamation, libel and deliberate misrepresentation of Plaintiff when Plaintiff was falsely accused of stealing typewriter Ribbon, Plaintiff suffered Head Trauma that have subjected Plaintiff to period recurring paralysis and disabilities.

46. CELLCO Partnership /A/K/A/ Verizon Wireless owe Plaintiff $500,000,000.00 for breaches of fiduciary duty and for joining Renaissance Equity Holdings LLC to infect Plaintiff's Apartment with infectious poisonous rats that caused Plaintiff illnesses. And the Rats ate Plaintiff Internet Fiber Cable that caused Plaintiff to lose Internet service from December 23, 2024 through August 2025, that causes Plaintiff loss of businesses.

47. Chemours Company, and Honeywell, and Discover Bank, and Capital One Bank, N.A. and JPMorgan Chase Bank, N.A., and New York-Presbyterian Hospital, and Carecredit /a/k/a/ Carecredit/Synchrony Bank and Brian Doubles, and City MD Brooklyn Heights, and NYU Langone Health and Boris Sagalovic, and Flatbush Gardens Housing Development Fund Corp, and Benjamin Epstein, and Epstein Schreier & Shapiro LLC and CBE Group Inc.,    **17**

and Flatbush Gardens, and Isabella Joh /a/k/a/ Isabella Shim, and Haley Hawkins, NYS AG Assistant and American Express each owe Plaintiff $1,000,000.00 for breach of fiduciary duty, via intentional racial discrimination, retaliations, vindictiveness, revenges, retribution, defamation, slanderous and libelous acts to cause Plaintiff head Trauma when they each separately and jointly colluded to denied Plaintiff and Plaintiff services, and used phone stalking tactics to subjected Plaintiff to egregious and cruel and inhumane intimidations, threats, and harassment in disguise to reaggravated Plaintiff Head Trauma. And failed to refund to Plaintiff the $225.00 City MD Brooklyn Height Fraudulently Extorted from Plaintiff after failing to Provide to Plaintiff EYE SPECIALIST. These Defendants knew Plaintiff's correct name and correct spelling, but these Defendants knowingly and recklessly and unjustly and viciously deliberately misrepresented Plaintiff Name to CREDIT REPORTING BUREAU to cause Plaintiff and Plaintiff Private Businesses difficulties obtaining Credit, Business Loan and Grants that also reaggravated Plaintiff Head Trauma and caused Plaintiff Pains and Suffering.

48. Plaintiff is owed **$20 Billion by** Defendants United States of America, and Kelly Loeffler, and Small Business Administration, and United States Department of Justice, and U.S. Attorney General PAM Bondi, and United States Attorney for the District of Columbia JEANINE PIRRO, and Assistant United States Attorney for the District of Columbia JANE M. LYON, and Assistant United States Attorney for the District of Columbia BRIAN LEVY, and Court Clerks MARK J. LANGER, and HANNAH N. GORMAN, and New York State Department of Taxation and Finance, and John Howard, MD, WTC HEALTH PROGRAM ADMINSTRATOR, and Commissioner at the New York Department of Child Support Collection Center, and Billy Long, Director for Internal Revenue Service, and NASSAU COUNTY ATTORNEY, and NASSAU COUNTY FAMILY COURT JUDGES, and ROBERT J. CONSTELLO, and New York State, and TAMMY HULL, USPS INSPECTOR GENERAL, and DAVID STEINER, USPS POSTMASTER GENERAL, and Social Security Administration, and Commissioner FRANK J. BISIGNANO, and United States Court of Appeals for the District of Columbia Circuit, and **All** the JUDGES and JUSTICES named, including New York State Supreme Courts in Kings and Queens Counties, and Daniel R. COFFMAN, Esq, and CATHERINE A. HANARAHAN, ESQ, and Wilson, Elser, Moskowitz Elddelman & Dicker LLC, and Astor H. L. Heaven, Esq, and Crowell & MORING LLP, **Jointly colluded and AGREED** to adopted, endorsed, sanctioned, implemented and enforced ILLEGAL ORDER, and UNCONSTITUTIONAL ORDERS, and UNLAWFUL SANCTION ORDER issued by late Judge SANDRA J. FEUERSTEIN and by late Judge ROBERT A. KATZMAN issued retaliatorily and discriminatorily to perpetuate vindictiveness, viciousness, revengefulness, induced by retribution to **subjected Plaintiff to inhumane and cruel punishment and defamed, slandered, subjected Plaintiff to libelous /physical injuries** because Plaintiff exercised his First Amendment Protected rights to filed **"Judicial Misconduct Complaint".**    **18**

## RELIEF SOUGHT

**Wherefore,** Plaintiff Aror-Ark Ark O'Diah, hereby, pray, ask, request and demand that this Honorable Court award compensation for actual loses in equitable reliefs and punitive damages or in the alternative, in the amount of **$400 BILLION** (Four Hundred Billion U.S. Dollar) relief against ALL the Defendants named in this above-captioned civil action including injunctive reliefs in addition to the reliefs sought against each Defendant as already stated **in CLAIM ONE through CLAIM NINE on page #1 through page #20 in this Plaintiff's CLAIMS and COMPLAINT, plus $7,000,000.00** against SEPTEMBER 11 VICTIM COMPENSATION FUND and SPECIAL MASTER ALLISON KURTEL, and **plus $551,180.00** against SOCIAL SECURITY ADMINISTRATION for unpaid SSI, and **plus $597.00** against INTERNAL REVENUE SERVICE, for unpaid 2023 Income Tax, and **plus $500,000.00 for Five Motor Vehicles unlawfully seized, and plus $400,000.00 CASH unlawfully seized without due process against New York City, Nassau County, New York State, United States, plus $225.00** against CITY MD BROOKLYN HEIGHT. **Also, Plaintiff hereby Demand that his New York State Driver's License and Nonprofit Tax Exempt must be reinstated** in favor of this Plaintiff. **FURTHEREMORE, all** Reliefs already stated against each of the Defendants named in this above-captioned civil action in their individual and official capacities must be **GRANTED as pleaded and stated in CLAIM ONE THROUGH CLAIM NINE.** Plaintiff's name either be spelled or written as: **Aror-Ark Ark O'Diah or AROR-ARK ARK O'DIAH. But Plaintiff name is not O'diah.  Plaintiff's name is not ODIAH.  Plaintiff's name is not Odiah.  FURTHERMORE, Plaintiff hereby DEMAND for the release of his MEDICAL REPORTS AND RECORDS in the New York State Department of Correction and Community Supervision, plus income tax refund seized by NYS. Plaintiff Aror-Ark Ark O'Diah consent to receive notices of electronic filing. Plaintiff planned to move for change of venue. See Affidavit of Witness KIYZIAH VAUGHN, Attached.**

## JURY TRIAL DEMANDED

This case MUST be decided by JURY, and Plaintiff hereby demand for trial by Jury.

## CONCLUSION

**WHEREFORE,** Plaintiff Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, believes that if a person subjected another person to deprivation of Constitutional Rights within the meaning of U.S.C.A. Const. Amendments 1, 4, 5, 6, 7, 8, and 14, to the United States Constitution; **more so,** if the omission constituted violations that invoked ADA, 42 U.S.C. Sections 12102; AND FTCA, 28 U.S.C. Sections 1346(b), and 28 U.S.C. Sections 2674, and 18 U.S.C. Sections 241-242, and 42 U.S.C. Sections 1983, 1985, 1986, 2000a; **particularly,** if he or she does an affirmative acts or participates in another acts, or omit to perform an act which he or she is legally required to do that causes the deprivation of which Plaintiff's complaint and claims were made.

Respectfully Submitted By:

Dated: 11/30/2025.   *Aror-Ark Ark O'Diah*

Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, Plaintiff.
**GLOBAL JUDICIAL WATCH & WORLDWIDE WITNESSES, INC.**
3403 Foster Avenue, #4B, Brooklyn, NY 11210-6439.
Phone: (347) 365-1307; Mobile: (347) 258-9644;  GLOBALJUDICIALWATCH@GMAIL.COM

**19**

## **VERIFICATION VIA SWORN AFFIDAVIT**

The writing and reporting and filing of this above-captioned Civil Action Complaint were supported by: TIMESPEED WORLLDWIDE GLOBAL JUDICIAL WATCH MORAL HEALTH SERVICE SYSTEMS, INC., and by GLOBAL SPORTS PARADISE & NEW EARTH ENTERTAINMENT, INC., and by GLOBAL JUDICIAL WATCH& WORLDWIDE WITNESSES, INC., and by MORAL HEALTH SERVICE SYSTEMS, INC., and by TIMESPEED INFORMATION & PROTECTIVE SERVICES, INC., and by GATEX CHEMICALS & ENTERTAINMENT, INC., and TIMESPEED CONSULTING-HOSPITALITY & TOURISM SERVICES, INC., and TIMESPEED WORLDWIDE WITNESSES OF THE ONLY TRUE GOD & HIS SON SERVICES-OPERATION HELP AFRICA DEVELOP, INC.

These Corporations disclosed above are Plaintiff's private Businesses these Defendants named in this above-captioned civil action discriminatively and retaliatorily implicitly and explicitly Blackballed, Blacklisted, Blackmailed, denied and deprived Businesses, Services, Loans, Grants, and Association because Plaintiff exercised his **FIRST AMENDMENT PROTECTED FREE SPEECH AND FREEDOM OF EXPRESSION RIGHTS** to filed **"JUDICIAL MISCONDUCT COMPLAINT"** against many corrupted racist JUDGES and against many corrupted racist JUSTICES who used RACIST HARDCORE CRIMINALS and RACIST LANDLORD in their series of attempts to MURDER this Plaintiff.

And thereafter, these corrupted racist JUDGES and these corrupted racist JUSTICES named in this above-captioned civil action continue to use unconstitutional ORDERS, and unconstitutional SANCTION ORDERS fraudulently and racially designed to coverup their own racism practices they have used to perpetuate **"WHITE-COLLAR CRIMES"** to targeted, taunted and singled out Plaintiff discriminatively and retaliatorily to cause Plaintiff injuries.        **20**

Also, the Defendants has jointly relied on the unconstitutional SANCTION ORDER and used the unconstitutional SANCTION ORDER to **'RIGGED' BOTH THE FINANCIAL AND JUSTICE SYSTEMS IN DISGUISE TO DENIED AND DEPRIVED PLAINTIFF ACCESS TO COURTS NATIONWIDE, BUT WITHOUT SUBSTANTIVE DUE PROCESS and WITHOUT DUE PROCESS THAT WERE CORRUPTLY AND RACIALLY DESIGNED via FRAUDULENCE CONCEALMENT and FRAUDULENCE DELIBERATE MISREPRESENTATION TO PERPETUATES RACIAL DISCRIMINATION FURTHER USED TO TARGETED, TAUNTED, AND MALICIOUSLY SINGLED OUT THIS PLAINTIFF, AFRICANS, BLACK PEOPLE, BROWN PEOPLE, COLORED PEOPLE, AFRICAN AMERICANS, VULNERABLE JEWS, VULNERABLE WHITE PEOPLE and VULNERABLE EUROPEANS IN BAD FAITH via unequal protection and unequal treatment by use of 'inhumane' lies.**

**I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH** declare under penalty of perjury under the law of the United States of America pursuant to 28 U.S.C. Section 1746, that the above statements with the attached are true and correct to the best of Plaintiff's knowledge and recollections.

EXECUTED ON NOVEMBER 30, 2025, IN BROOKLYN, IN KINGS COUNTY IN NEW YORK.

Dated: 11/30/2025.

Respectfully Submitted By:

*Aror-Ark Ark O'Diah*

Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH
**GLOBAL JUDICIAL WATCH & WORLLDWIDE WITNESSES, INC.**
3403 FOSTER AVE., #4B, BROOKLYN, NY 11210-6439
PHONE: (347) 365-1307, MOBILE:(347) 258-9644, FAX: (347) 735-4128
EMAIL: GLOBALJUDICIALWATCH@GMAIL.COM

SWORN TO BEFORE ME
ON THIS 30TH DAY OF NOVEMBER, 2025.

_____

**NOTARY PUBLIC.**

KIYZIAH IMANI VAUGHN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VA0027474
Qualified in King County
Commission Expires August 2, 2028

21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AROR-ARK ARK O'DIAH,

              Plaintiff,

    -against-

UNITED STATES OF AMERICA, and RENAISSANCE
EQUITY HOLDINGS LLC, and OWNER;
DIRECTOR KELLY LOEFFLER, AND SMALL BUSINESS
ADMINISTRATION; UNITED STATES DEPARTMENT OF
JUSTICE, AND UNITED STATES ATTORNEY GENERAL
PAM BONDI; UNITED STATES ATTORNEY FOR
DISTRICT OF COLUMBIA JEANINE PIRRO, AND
ASSISTANT UNITED STATES ATTORNEY JANE M.
LYONS; ANA C. REYES, JUDGE; VALERIE CAPRONI,
JUDGE; PAMELA K. CHEN, JUDGE; SIDNEY R.
THOMAS, JUDGE; DEBRA ANN LIVINGSTON, CHIEF
JUDGE; WILLIAM H. ALSUP, JUDGE; JOHN G.
ROBERTS, NEW YORK STATE SUPREME COURTS IN
KINGS AND QUEENS COUNTIES; ROBERT L. WILKINS,
JUDGE; NEOMI RAO, JUDGE; JUSTIN R. WALKER,
JUDGE; MARK J. LANGER, CLERK; HANNAH N.
GORMAN, DEPUTY CLERK; U.S. COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT; FedEx
EXPRESS; DANIEL R. COFFMAN, ESQ; CATHERINE A.
HANARAHAN, ESQ; AND WILSON, ELSER,
MOSKOWITZ ELDELMAN DICKER, LLP;
KATHERINE B. YODER, ESQ., ANDREW S. BASSAN,
ESQ., AND KIENAN TREBACH LLP; ROBERT J.
COSTELLO, AND NASSAU COUNTY ATTORNEY;
ASTOR H. L. HEAVEN, ESQ., AND CROWELL &
MORING LLP; HON. BERNARD J. GRAHAM, JUDGE;
AMERICAN EXPRESS; RANDOLPH D. MOSS, JUDGE;
HONEYWELL; BRIAN J. LEVY;
ALLISON KURTEL, SPECIAL MASTER AND
SEPTEMBER 11 VICTIM COMPENSATION FUND;
SOCIAL SECURITY ADMINISTRATION, AND FRANK
J. BISGNANO, COMMISSIONER; RENAISSANCE
EQUITY HOLDINGS LLC, AND OWNER, AND
FLATBUSH GARDENS, AND ISABELLA JOH;
HALEY HAWKINS, NYS AG ASSIST., AND NEW YORK
STATE DEPARTMENT OF TAXATION AND FINANCE;
JOHN HOWARD, MD, WTC HEALTH PROGRAM

CASE NO._____

**SWORN AFFIDAVIT OF WITNESS
KIYZIAH VAUGHN,**

Page 1 of 3

ADMINISTRATOR; COMMISSIONER, AND NEW YORK)
STATE DEPARTMENT OF CHILD SUPPORT          )
JPMORGAN CHASE BANK, N.A.; CAPITAL ONE BANK,)
N.A.; BILLY LONG, DIRECTOR, INTERNAL REVENUE  )
SERVICE; NASSAU COUNTY; NEW YORK CITY;      )
DIRECTV, LLC; NEW YORK STATE; TAMMY HULL,   )
USPS INSPECTOR GENERAL, AND DAVID STEINER,  )
USPS POSTMASTER GENERAL; EXTRA SPACE        )
STORAGE INC.; HP, INC; RICHARD WALSH, ESQ;  )
AT&T, Inc /a/k/a/ AT&T WIRELESS;            )
T-MOBILE U.S, INC.; OFFICE SUPERSTORE EAST LLC; )
CELLCO PARTNERSHIP /A/K/A/ VERIZON WIRELESS;  )
DISCOVER BANK; CHEMOURS COMPANY;            )
NEW YORK-PRESBYTERIAN HOSPITAL /COLUMBIA,   )
/A/K/A/NEWYORK-PRESBYTERIAN HOSPITAL-NEW    )
YORK WEILL CORNELL CENTER; CARECREDIT /a/k/a/ )
CARECREDIT/SYNCHRONY BANK; SYNCHRONY        )
BANK; BRIAN DOUBLES; CITY MD BROOKLYN       )
HEIGHT; NEW YORK STATE COMMISSIONER OF THE  )
DEPARTMENT OF CORRECTION AND COMMUNITY      )
SUPERVISION; NYU LANGONE HEALTH PULMONARY)
AND SLEEP MED-BKLYN AND BORIS SAGALOVIC,    )
MD; FLATBUSH GARDENS HOUSING DEVELOPMENT)
FUND CORP; BENJAMIN EPSTEIN; AND EPSTEIN,   )
SCHREIER, & SHAPIRO LLC; PHILLIP ROSEN;     )
HORING WELIKSON ROSEN & DIGRUGILLIIERS, PC; )
CBE GROUP, INC.,                            )
**Sued in their Individual and in their Officials**  )
**Capacities,**                             )
                                            )
                        Defendants.         )
                                            )
_____x

## SWORN AFFIDAVIT OF WITNESS KIYZIAH VAUGHN

NEW YORK STATE                )
                              ) ss:
KINGS COUNTY                  )

I, KIYZIAH VAUGHN, HEREBY TRUTHFULLY DECLARE AND SAYS:

1. That I am above the age of 18 years old. And I am a Citizen of the United States of America, Female, Self-employed and operating private Business at Ziah Digital Court Reporting as Court Reporter.

**Page 2 of 3**

2. That, I, KIYZIAH VAUGHN, not a Party to the above-captioned civil action.

3. That I, KIYZIAH VAUGHN, live in the same building located at 3403 Foster Avenue, Brooklyn, New York 11210 with Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, but in separate apartment.

4. That Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, reside in the apartment located in the fourth floor while I, KIYZIAH VAUGHN reside in the sixth floor.

5. That I, KIYZIAH VAUGHN, have resided in this same building in the past five years, and I have periodically come across Aror-Ark Ark O'Diah during these five years.

6. In the period of July 2025, to this present, I have visited Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH home Office on professional business relationship.

7. Based upon my observation, from July 2025 through November 26, 2025, during my own frequent business visit to 3403 Foster Ave., Apt #4B, Brooklyn, New York 11210-6439, resided by Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, noticed apartment has no HEATER, because this apartment was always EXTREMELY FREEZINGLY COLD.

8. But my visit to this same apartment after November 26, 2025, I was sweating that I Have pull off my sweater. And that was when I actually NOTICE the difference between July 2025 through November 26, 2025, and thereafter, about the condition of the apartment when there was no HEATER, and when HEATER was provided.

9. That If I am call to testify, that testify to the best of my knowledge and recollection.

WHEREFORE, I, KIYZIAH VAUGHN, declare under penalty of perjury under the law of the United States of America pursuant to 28 U.S.C Section 1746, that the above and within statements are true and correct to the best of my knowledge and recollection. EXECUTED IN BROOKLYN IN KINGS COUNTY IN NEW YORK STATE ON NOVEMBER 30, 2025.

Dated: 11/30/2025.

Kiyziah Vaughn, Court Reporter, Declarant
3403 Foster Ave., Brooklyn, NY 11210.

Page 3 Of 3